UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THURMAN LILLY, Individually
and as a Personal Representative
of the Estate of Sadie Mae Lilly,  Case no. 09-11900

        Plaintiff,  HONORABLE JOHN CORBETT O'MEARA

v.

HARPER HOSPITAL ASSOCIATES
INCORPORATED, and JOHN DOE 1-4,

        Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court on Magistrate Judge Virginia M. Morgan's December 03, 2009, Report and Recommendation. No objections have been filed. The court having fully reviewed the matter;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court.

IT IS FURTHER ORDERED that consistent with the report and recommendation, Defendant Harper Hospital's motion for summary judgment [docket entry #12] is GRANTED, and the John Doe defendants are DISMISSED.

                                  s/John Corbett O'Meara
                                  United States District Judge

Date: December 30, 2009

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 30, 2009, using the ECF system and/or ordinary mail.

                                                    s/William Barkholz  
                                                    Case Manager